**Law Office of David A. Schulman**
Post Office Box 783
Austin, Texas 78767
Tel. 512-474-4747
Fax: 512-532-6282

ACCEPTED
04-14-00338-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/20/2015 11:12:13 AM
KEITH HOTTLE
CLERK

No. 04-14-00338-CR

IN THE COURT OF APPEALS FOR THE FOURTH JUDICIAL
DISTRICT OF TEXAS, AT SAN ANTONIO

**Benny Cavazos Valverde**, Appellant

v.

**The State of Texas**, Appellee

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/20/2015 11:12:13 AM
KEITH E. HOTTLE
Clerk

On Appeal in Case No. 2012CR3980, from the 290th District
Court of Bexar County, the Hon. Melissa Skinner, Judge Presiding

# Appearance of Counsel

TO THE HONORABLE FOURTH COURT OF APPEALS:

COMES NOW, David A. Schulman, attorney at law, and would advise the Court that he has been retained to represent Benny Cavazos Valverde, Appellant in the above styled and numbered cause, and asked to replace his court appointed counsel, Dean A. Diachin. The undersigned would respectfully request that the Court instruct its Clerk to advise him of all future settings.

Respectfully submitted,

**David A. Schulman**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
Tel. 512-474-4747
Fax: 512-532-6282
zdrdavida@davidschulman.com



State Bar Card No. 17833400

# Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 143 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on January 20, 2015, a true and correct copy of the above and foregoing "Appearance of Counsel" was transmitted via the eService function on the State's eFiling portal, to Dean A. Diachin (diachin1@aol.com), counsel of record for Appellant; and to Jay Brandon (jbrandon@co.bexar.tx.us), counsel of record for the State of Texas.

_____
**David A. Schulman**